# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BRANDON SMITH,** an individual, | * * * |
| **PLAINTIFF,** | * * |
| v. | * |
| | * Case No. 3:22-cv-00389 |
| **SAID A. MOHAMMED & NEJATTE M. AHMED,** individuals, | * * * * * |
| **DEFENDANTS.** | |

## MOTION FOR RESCHEDULING OF SCHEDULING CONFERENCE

Comes now, Plaintiff's counsel, Jeremy Grey and respectfully move for a the Scheduling Conference scheduled for August 4, 2022 at 9:00 a.m. to be rescheduled. In support of this Motion, Plaintiff's counsel avers the following:

1. This case was initiated by Plaintiff against Defendants on May 26, 2022.

2. The summons was issued on May 27, 2022.

3. To date, Defendants have not yet been served with a copy of the Complaint.

4. Plaintiff's counsel will be out of the office, with no access to phone or computer on August 4, 2022, and she will return to the office on August 8, 2022.

5. Neither party will be prejudiced, nor will this case be unnecessarily delayed, by the granting of this Motion.

WHEREFORE, Plaintiff's counsel respectfully requests that the Court enter an Order rescheduling the Scheduling Conference.

Dated: June 16, 2022.

                                              Respectfully Submitted,

                                              s/ Rebecca Hutto\
                                              Rebecca J. Hutto (TN Bar #39252)\
                                              Wampler, Carroll, Wilson & Sanderson, P.C.\
                                              208 Adams Avenue,\
                                              Memphis, Tennessee 38103\
                                              (901) 523-1844\
                                              rebecca@wcwslaw.com

                                              Counsel for Plaintiff