IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRANDON SMITH,

    Plaintiff,

v.                                 Case No.: 3:22-cv-00389

SAID A. MOHAMMED and NEJATTE M. AHMED,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, JEREMY GREY, and Defendants, SAID A. MOHAMMED and NEJATTE M. AHMED, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice. Respectfully submitted this 25th day of July, 2022.

                                          RESPECTFULLY SUBMITTED;

                                          */s/Rebecca J. Hutto*
                                          REBECCA J. HUTTO #39252
                                          Attorney for Plaintiff
                                          208 Adams Avenue
                                          Memphis, Tennessee 38103
                                          (901) 523-1844 – phone
                                          (901) 523-1857 – fax
                                          rebecca@wcwslaw.com